Case 3:23-cv-00379   Document 42   Filed on 06/20/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HUDSON EXCESS INSURANCE COMPANY, § § § | | |
| Plaintiff, § § | | |
| VS. § § | 3:23-cv-379 | |
| FILIPP OILFIELD SERVICES, LLC, § and JOSHUA GALATAS, § § | | |
| Defendants. § | | |

## STIPULATED DISMISSAL

On June 19, 2025, the parties filed a joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 41.

Accordingly, it is hereby **ORDERED** that upon the signing of this order, the court's amended default judgment signed on December 18, 2024, in favor of Hudson Excess Insurance Company, will become final. Dkt. 40.

It is further **ORDERED** that all remaining claims that have or could have been asserted between Hudson Excess Insurance Company and Joshua Galatas in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 20th day of June, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE